**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　　CRIMINAL NO. 1:25-cr-62-SA-DAS-10

WY'LERRA STAPLES

### ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a conflict of interest. The Office of the Federal Public Defender contacted **Jacinta Hall** on **August 12, 2025,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Jacinta Hall** ha**s** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Jacinta Hall** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 12th day of August 2025.

　　　　　　　　　　　　　　　　　　　　/s/ Jane M. Virden
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE